**Opinion issued July 2, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-13-00476-CV

———————————————

## IN RE EDWARD R. NEWSOME, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Edward R. Newsome, seeks relief from this Court by petition for writ of mandamus. Relator does not name a respondent, identify the particular trial court in which he filed the underlying proceeding, identify a specific action of the trial court from which he seeks relief, or present any argument concerning why he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3 (stating required contents

of petition for writ of mandamus).  There is no related appeal pending in this Court.

We deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.